# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON<br>HELENE R. BANKS<br>ANIRUDH BANSAL<br>LANDIS C. BEST<br>CHRISTOPHER BEVAN<br>BROCKTON B. BOSSON<br>JONATHAN BROWNSON *<br>DONNA M. BRYAN<br>EMEKA C. CHINWUBA<br>JOYDEEP CHOUDHURI *<br>JAMES J. CLARK<br>CHRISTOPHER W. CLEMENT<br>AYANO K. CREED<br>PRUE CRIDDLE ±<br>SEAN M. DAVIS<br>STUART G. DOWNING<br>ADAM M. DWORKIN<br>ANASTASIA EFIMOVA<br>SAMSON A. ENZER<br>JAMES Z. FANG<br>GERALD J. FLATTMANN JR. | HELENA S. FRANCESCHI<br>JOAN MURTAGH FRANKEL<br>JONATHAN J. FRANKEL<br>SESI GARIMELLA<br>ARIEL GOLDMAN<br>PATRICK GORDON<br>JASON M. HALL<br>STEPHEN HARPER<br>WILLIAM M. HARTNETT<br>CRAIG M. HOROWITZ<br>TIMOTHY B. HOWELL<br>DAVID G. JANUSZEWSKI<br>JAKE KEAVENY<br>BRIAN S. KELLEHER<br>RICHARD KELLY<br>CHÉRIE R. KISER ‡<br>JOEL KURTZBERG<br>TED B. LACEY<br>ALIZA R. LEVINE<br>JOEL H. LEVITIN<br>GEOFFREY E. LIEBMANN | TELEPHONE: (212) 701-3000<br>WWW.CAHILL.COM<br><br>1990 K STREET, N.W.<br>WASHINGTON, DC 20006-1181<br>(202) 862-8900<br><br>CAHILL GORDON & REINDEL (UK) LLP<br>20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800<br><br>WRITER'S DIRECT NUMBER | MARK LOFTUS<br>JOHN MacGREGOR<br>BRIAN T. MARKLEY<br>MEGHAN N. McDERMOTT<br>WILLIAM J. MILLER<br>EDWARD N. MOSS<br>JOEL MOSS<br>NOAH B. NEWITZ<br>WARREN NEWTON §<br>DAVID R. OWEN<br>JOHN PAPACHRISTOS<br>LUIS R. PENALVER<br>SHEILA C. RAMESH<br>MICHAEL W. REDDY<br>OLEG REZZY<br>THOMAS ROCHER *<br>PETER J. ROONEY<br>THORN ROSENTHAL<br>TAMMY L. ROY<br>JONATHAN A. SCHAFFZIN<br>ANDREW SCHWARTZ | DARREN SILVER<br>JOSIAH M. SLOTNICK<br>RICHARD A. STIEGLITZ JR.<br>SUSANNA M. SUH<br>ANTHONY K. TAMA<br>JOHN A. TRIPODORO<br>HERBERT S. WASHER<br>FRANK WEIGAND<br>MICHAEL B. WEISS<br>DAVID WISHENGRAD<br>C. ANTHONY WOLFE<br>ELIZABETH M. YAHL<br><br>* ADMITTED AS A SOLICITOR IN<br>ENGLAND AND WALES ONLY<br>± ADMITTED AS A SOLICITOR IN<br>WESTERN AUSTRALIA ONLY<br>‡ ADMITTED IN DC ONLY<br>§ ADMITTED AS AN ATTORNEY<br>IN THE REPUBLIC OF SOUTH AFRICA<br>ONLY |

(212) 701-3207

May 8, 2024

Re: *United States v. Antonio Pittman*, 7:22-CR-640 (KMK)

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, New York 10601

Dear Judge Karas:

  I represent Defendant Antonio Pittman in the above referenced matter. A status conference is scheduled in this matter for tomorrow, May 9, 2024. I write respectfully to request that the Court permit Scott B. Singer, Esq., a senior associate who has been working with me on Mr. Pittman's defense since we were appointed as CJA counsel in this matter, to appear on my behalf for Mr. Pittman at tomorrow's conference. Mr. Singer has worked extensively on this matter, and has appeared with me at prior hearings. Mr. Singer is admitted to the New York State Bar, the Southern District of New York, and the Second Circuit, and has worked as an associate attorney at Cahill since 2015, during which time he has made numerous appearances in CJA criminal matters in the Southern District of New York.

  I have advised Mr. Pittman that Mr. Singer may appear on my behalf.

Respectfully submitted,

/s/
Anirudh Bansal

Granted.
So Ordered.
5/8/24