# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX: (888) 679-0585 · DAN@LEGALMCG.COM

September 30, 2024

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Coleridge Lewter*, 22 Cr. 640 (KMK)

Dear Judge Karas,

    I am appointed to represent Coleridge Lewter in the above-captioned matter. I write to respectfully request that Zachary Margulis-Ohnuma, attorney for co-defendant Christopher Johnson, appear in my place for Mr. Lewter at the conference scheduled for Wednesday October 2, 2024 at 2:00pm.

    The reason for this request is that I am scheduled to appear in *United States v. Juan Carbuccia*, 23-cr-494 before the Honorable Valorie E. Caproni at the Thurgood Marshall Courthouse at 40 Foley Square in Manhattan for a sentencing hearing at 11:00am on the same day. Although I intend to commute to the courthouse for Mr. Lewter's 2:00pm appearance, I believe that there is a significant likelihood that I will not make it on time. As such, I have conferred with Mr. Lewter and he has consented to Mr. Margulis-Ohnuma appearing in my place for this appearance.

    I thank the Court in advance for its attention to this matter.

Granted.
So Ordered.
10/1/24

Sincerely,

Daniel A. McGuinness

Cc:   All counsel (via ECF)