# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

July 8, 2025

Re:     *United States* v. *Antonio Pittman*, 7:22-CR-640 (KMK)

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, New York 10601

Dear Judge Karas:

We represent Antonio Pittman in the above-referenced case, which is currently scheduled for sentencing on July 25, 2025. We write with the consent of the Government to respectfully request an adjournment of Mr. Pittman's sentencing hearing as well as the associated submission deadlines. We request the Court set the date for sentencing as soon as convenient for the Court on or after September 19, 2025. This is Mr. Pittman's second request for an adjournment. The purpose of this adjournment is to allow counsel time to consider additional information provided by the Government and to continue to confer with the Government.

Thank you for your consideration on this matter.

Respectfully submitted,

Granted.

Sentence is adjourned to 9/23/25,
at 11:00

So Ordered

7/8/25

/s/ Kiersten A. Fletcher

Kiersten A. Fletcher
Anirudh Bansal
Cahill Gordon & Reindel LLP
32 Old Slip, New York, NY 1005
(212) 701-3365
KFletcher@cahill.com
ABansal@cahill.com
*Counsel for Antonio Pittman*