# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 900 16th STREET, N.W. Suite 500 | 221 W. 10th STREET | 20 FENCHURCH STREET |
|---|---|---|
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

November 21, 2025

Re:   *United States v. Antonio Pittman*, 7:22-CR-640 (KMK)

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, New York 10601

Dear Judge Karas:

We represent Antonio Pittman in the above-referenced case, which is currently scheduled for sentencing on December 10, 2025. We write with the consent of the Government to respectfully request an adjournment of Mr. Pittman's sentencing hearing as well as the associated submission deadlines. After conferring with the Government, we understand that January 20, 2026 is the only date on which the Government is available for sentencing in late January due to the respective trial schedules of the Assistant U.S. Attorneys on the matter. We therefore respectfully request the Court set the date for sentencing on January 20, 2026, or as soon as convenient for the Court the week of February 9, 2026. This is Mr. Pittman's fourth request for an adjournment. The purpose of this adjournment is to allow counsel time to consider additional information provided by the Government and to prepare for sentencing.

Thank you for your consideration on this matter.

Sentence is adjourned until 2/ 11 /26, at 2:00 No more such adjournments will be granted.

Respectfully submitted,

So Ordered.

/s/ Kiersten A. Fletcher

11/24/25

Kiersten A. Fletcher
Anirudh Bansal
Cahill Gordon & Reindel LLP
32 Old Slip, New York, NY 1005
(212) 701-3365
KFletcher@cahill.com
ABansal@cahill.com
*Counsel for Antonio Pittman*