# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 1990 K STREET, N W<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |

February 10, 2026

Re:    *United States* v. *Antonio Pittman*, 7:22-CR-640 (KMK)

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, New York 10601

Dear Judge Karas:

I write this letter as defense counsel for Antonio Pittman seeking permission for my colleague, Justine Woods, to present part of the argument at Mr. Pittman's sentencing hearing, scheduled before Your Honor on February 11, 2026. Ms. Woods has been involved in this matter since we began representing Mr. Pittman in 2023, has been present for all conferences, reviewed discovery and sentencing material, and is thoroughly familiar with the facts. She is barred in the Southern District of New York and filed a Notice of Appearance in this matter today, February 10, 2026.

Granted.

So Ordered.

2/10/26

Respectfully submitted,

/s/ Kiersten A. Fletcher

Kiersten A. Fletcher
Anirudh Bansal
Cahill Gordon & Reindel LLP
32 Old Slip, New York, NY 10005
(212) 701-3365
KFletcher@cahill.com
ABansal@cahill.com
*Counsel for Antonio Pittman*